UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JULIAN RICARDO CASTILLO, : <br> : <br> Petitioner, : <br> : <br> v. : <br> : <br> OSCAR AVILES, et al., : <br> : <br> Respondents. : | Civil Action No. 12-2388 (SRC) <br><br> **ORDER** |

**CHESLER, U.S.D.J.**

This matter having come before the Court upon the Petition by Petitioner Julian Ricardo Castillo for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, and this Court having considered the parties' submissions, and for the reasons set forth in the Opinion filed herewith,

**IT IS** on this 15 day of _____, 2012,

**ORDERED** that the Petition for writ of habeas corpus under 28 U.S.C. § 2241 is **DENIED**.

Stanley R. Chesler, U.S.D.J.